**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE (K.R.D.),<br><br>    Plaintiff<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP PLC, SIX CONTINENTS HOTELS, INC., HOLIDAY HOSPITALITY FRANCHISING, LLC, IHG MANAGEMENT (MARYLAND) LLC, and NEW DTRS MICHIGAN AVENUE, LLC,<br><br>    Defendants. | CIVIL ACTION NO: 1:26-CV-04611<br>HONORABLE THOMAS M. DURKIN |

**DEFENDANT NEW DTRS MICHIGAN AVENUE, LLC'S MOTION TO DISMISS**

Defendant New DTRS Michigan Avenue, LLC ("DTRS") moves, through counsel, for an order dismissing Plaintiff Jane Doe (K.R.D.)'s Complaint, ECF No. 1, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"). In support of this Motion, DTRS submits and incorporates herein the accompanying brief. The grounds for this Motion are as follows:

1.      Plaintiff fails to state a claim that DTRS violated 18 U.S.C. § 1595 of the Trafficking Victims Reauthorization Act ("TVPRA") as an alleged perpetrator of sex trafficking (Count I) because Plaintiff fails to plausibly allege that DTRS had actual knowledge or reckless disregard for the alleged fact that Plaintiff was being trafficked at the hotel owned by DTRS and fails to plausibly allege that DTRS harbored Plaintiff for the purpose of sex trafficking. *See* 18 U.S.C. § 1595(a). Plaintiff's perpetrator liability claim against DTRS should therefore be dismissed.

2.      Plaintiff fails to state a claim that DTRS violated § 1595 of the TVPRA as an

alleged participant in a venture that has engaged in a TVPRA trafficking offense (Count II) because Plaintiff fails to plausibly allege that DTRS participated in a venture that engaged in sex trafficking Plaintiff. *See* 18 U.S.C. § 1595(a). Plaintiff's participant liability claim against DTRS should therefore be dismissed.

3. Plaintiff's perpetrator and participant liability claims (Counts I and II) based on alleged trafficking acts occurring before April 23, 2016, are barred by § 1595's express ten-year statute of limitations and should therefore be dismissed with prejudice. *See* 18 U.S.C. § 1595(c)(1).

For these reasons and the reasons set forth in the accompanying brief, DTRS respectfully requests that the Court grant this Motion and enter an order dismissing Plaintiff's Complaint.

In accordance with the Court's procedures, counsel for DTRS has conferred with counsel for Plaintiff, and Plaintiff's counsel has informed DTRS's counsel that Plaintiff objects to the relief requested in this Motion. In addition, DTRS's counsel has conferred with Plaintiff's counsel regarding a briefing schedule for this Motion, and the parties agree to the following proposed schedule, subject to the Court's availability and approval:

- Deadline for Plaintiff's Opposition to the Motion: July 28, 2026
- Deadline for DTRS's Reply in Support of the Motion: August 11, 2026

In addition, DTRS requests that the Court set a hearing on this Motion.

Respectfully submitted this 30th day of June, 2026.

**HOLLAND & KNIGHT LLP**

By: *   /s/ Chelsea A. McCarthy*
Chelsea A. McCarthy
150 North Riverside Plaza, Suite 2700

2

Chicago, IL 60606
T: 312-263-3600
chelsea.mccarthy@hklaw.com

John M. Hamrick
Talis Trevino
One Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, GA 30309
T: 404-817-8500
john.hamrick@hklaw.com
talis.trevino@hklaw.com

Kathryn Isted
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
T: 850-224-7000
kathryn.isted@hklaw.com

*Attorneys for Defendants New DTRS
Michigan Avenue, LLC, Six Continents
Hotels, Inc., and IHG Management
(Maryland) LLC*

3

#540617480_v1