**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| JANE DOE (K.R.D.), <br><br>     Plaintiff <br><br> v. <br><br> INTERCONTINENTAL HOTELS GROUP PLC, SIX CONTINENTS HOTELS, INC., HOLIDAY HOSPITALITY FRANCHISING, LLC, IHG MANAGEMENT (MARYLAND) LLC, and NEW DTRS MICHIGAN AVENUE, LLC, <br><br>     Defendants. | CIVIL ACTION NO: 1:26-CV-04611 <br> HONORABLE THOMAS M. DURKIN |

**DEFENDANT SIX CONTINENTS HOTELS, INC.'S AND IHG**
**MANAGEMENT (MARYLAND) LLC'S MOTION TO DISMISS**

Defendants Six Continents Hotels, Inc. and IHG Management (Maryland) LLC (collectively, the "IHG Defendants")[1] move, through counsel, for an order dismissing Plaintiff Jane Doe (K.R.D.)'s Complaint, ECF No. 1, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"). In support of this Motion, the IHG Defendants submit and incorporate herein the accompanying brief. The grounds for this Motion are as follows:

1.      Plaintiff fails to state a claim that the IHG Defendants violated 18 U.S.C. § 1595 of the Trafficking Victims Reauthorization Act ("TVPRA") as an alleged participant in a venture that has engaged in a TVPRA trafficking offense (Count II) because Plaintiff fails to plausibly allege that the IHG Defendants participated in a venture that engaged in sex trafficking Plaintiff. *See* 18 U.S.C. § 1595(a). Plaintiff's participant liability claim against the IHG Defendants should

---

[1] Six Continents Hotels, Inc. and IHG Management (Maryland) LLC are two of the companies that operate as IHG® Hotels & Resorts ("IHG").

therefore be dismissed.

2.     Plaintiff fails to state a claim that the IHG Defendants are vicariously liable for Defendant New DTRS Michigan Avenue, LLC's ("DTRS") alleged violation of § 1595 of the TVPRA as an alleged perpetrator of sex trafficking and as an alleged participant in a venture that has engaged in a TVPRA trafficking offense (Count III) because Plaintiff fails to state underlying perpetrator and participant liability claims against DTRS. *See* 18 U.S.C. § 1595(a). Plaintiff's vicarious liability claim against the IHG Defendants should therefore be dismissed.

3.      Plaintiff's participant liability claim (Count II) and vicarious liability claim (Count III) based on alleged trafficking acts occurring before April 23, 2016, are barred by § 1595's express ten-year statute of limitations and should therefore be dismissed with prejudice. *See* 18 U.S.C. § 1595(c)(1).

For these reasons and the reasons set forth in the accompanying brief, the IHG Defendants respectfully request that the Court grant this Motion and enter an order dismissing Plaintiff's Complaint.

In accordance with the Court's procedures, counsel for the IHG Defendants has conferred with counsel for Plaintiff, and Plaintiff's counsel has informed the IHG Defendants' counsel that Plaintiff objects to the relief requested in this Motion. In addition, the IHG Defendants' counsel has conferred with Plaintiff's counsel regarding a briefing schedule for this Motion, and the parties agree to the following proposed schedule, subject to the Court's availability and approval:

- Deadline for Plaintiff's Opposition to the Motion: July 28, 2026

- Deadline for the IHG Defendants' Reply in Support of the Motion:  August 11, 2026

In addition, the IHG Defendants request that the Court set a hearing on this Motion.

Respectfully submitted this 30th day of June, 2026.

**HOLLAND & KNIGHT LLP**

By:    */s/ Chelsea A. McCarthy*
Chelsea A. McCarthy
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
T: 312-263-3600
chelsea.mccarthy@hklaw.com

John M. Hamrick
Talis Trevino
One Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, GA 30309
T: 404-817-8500
john.hamrick@hklaw.com
talis.trevino@hklaw.com

Kathryn Isted
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
T: 850-224-7000
kathryn.isted@hklaw.com

*Attorneys for Defendants New DTRS*
*Michigan Avenue, LLC, Six Continents*
*Hotels, Inc., and IHG Management*
*(Maryland) LLC*

#540618303_v1